| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Denise Morgan-Stone on Sep 24, 2010<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | 1811-CDP   Document 3420   Filed 09/24/10<br><br>**UNITED STATES JUDICIAL PANEL**<br>on<br>**MULTIDISTRICT LITIGATION** | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>**Sep 09, 2010**<br><br>FILED<br>CLERK'S OFFICE |
|---|---|---|

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BY: _____
    DEPUTY CLERK

IN RE: GENETICALLY MODIFIED RICE LITIGATION                    MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-43)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 359 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is<br>pending at this time, the<br>stay is lifted.<br><br>**Sep 24, 2010**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>_____<br>Jeffery N. Lüthi<br>Clerk of the Panel |
|---|---|

IN RE: GENETICALLY MODIFIED RICE LITIGATION          MDL No. 1811

### SCHEDULE CTO-43 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ARKANSAS EASTERN**
ARE  3   10-171           Tony Bradley, et al. v. Bayer CropScience, LP, et al.
ARE  3   10-191           Lowry E. Robinson, et al. v. Bayer CropScience, LP, et al.
ARE  5   10-234           Freddie Black, et al. v. Bayer CropScience, LP, et al.
ARE  5   10-235           Mark Kaufman, et al. v. Bayer CropScience, LP, et al.
ARE  5   10-236           Thomas E. Bormann, et al. v. Bayer CropScience, LP, et al.
ARE  5   10-243           Michael N. Norris, et al. v. Bayer CropScience, LP, et al.

**TEXAS EASTERN**
TXE  1   10-389           Carolyn Abney, et al. v. Bayer CropScience, LP, et al.